# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147260

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 147260
                                  COA: 315449
CARL STEVEN PROCTOR, a/k/a           Wayne CC: 83-006662-FC
CARL STEVEN PROCTOR-BEY,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 19, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



                         Clerk

p0923